## Hattie E. Buck v. Pacific Loan and Homestead Association of Illinois.

1. FORMER CASE—*Follows Conservative Building & Loan Association* v. *Cady, 55 Ill. App. 469.*

Memorandum.—Appeal from the Superior Court of Cook County; the Hon. W. G. EWING, Judge, presiding.

CHAS. E. REEVE, attorney for appellant.

A. W. MARTIN, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.
This case involves no principle not discussed in Conservative Building and Loan Association v. Cady, 55 Ill. App. 469, and it is therefore affirmed. Mechanics, etc., Ass'n v. Gilligan, No. 5337 this term. Affirmed.

SHEPARD, J., dissents.